**Order filed, July 9, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00323-CR

———————

### JULIA  ELIZABETH  KUHNS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Co Crim Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 2119818**

---

## ORDER

The reporter's record in this case was due July 5, 2018.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Vanessa Owens and Erin Furgason, the court reporters, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM